**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Reinaldo Jesus MORAN, Defendant–
Appellant.**

No. 06–10725.

United States Court of Appeals,
Ninth Circuit.

Submitted May 7, 2007 *.

Filed May 14, 2007.

Craig S. Denny, Office of the U.S. Attorney, Reno, NV, for Plaintiff–Appellee.

Michael K. Powell, Esq., Federal Public Defender's Office, Reno, NV, for Defendant–Appellant.

Before: KOZINSKI, GOULD and CALLAHAN, Circuit Judges.

MEMORANDUM **

The parties' joint motion for summary reversal and remand is granted, and defendant's sentence is vacated. *See Lopez v. Gonzales,* —— U.S. ——, 127 S.Ct. 625, 633, 166 L.Ed.2d 462 (2006).

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

This appeal is remanded to the district court for the purpose of re-sentencing defendant.

**VACATED and REMANDED.**